# UNITED STATES DISTRICT COURT

District of Massachusetts

Babcock Borsig Power GmbH

V.

Babcock Power, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10825 RWZ

TO: (Name and address of Defendant)

Babcock Power, Inc.
55 Ferncroft Road, Suite 210
Danvers, Ma 01923

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth M. Bello
Bello Black LLP
535 Boylston Street
Boston, Ma 02116

an answer to the complaint which is served on you with this summons, within __20 days__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: 5-19-04

(By) DEPUTY CLERK

Filed in Clerk's Office 2004 MAY 26 P 12:34 U.S. DISTRICT COURT DISTRICT OF MASS.

Richard Murphy Jr.

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | May 20, 2004 |
| NAME OF SERVER | JOHN MILANO | TITLE Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to    Mr. Richard Murphy, Vice President and
Duly Authorized Agent for the within-named    Defendant, Babcock Power, Inc.
Said service was made at:
55 Ferncroft Road, Suite 210, Danvers    , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $    41.00    Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    May 20, 2004
              Date

Signature of Server: John Milano

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | Also served: Complaint for Declaratory Judgment | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

Filed in Clerk's Office 2004 MAY 26 P 12:33 U.S. DISTRICT COURT DISTRICT OF MASS.

Suvalle, Jodrey & Associates    One Devonshire Place    Telephone # (617) 720-5733
Massachusetts Constables since 1925    Boston, MA 02109    Fax #    (617) 720-5737