UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BABCOCK BORSIG POWER GmbH, ) | 2004 MAY 26  P 2: 12 |
| Plaintiff, ) | U.S. DISTRICT COURT |
| ) | DISTRICT OF MASS. |
| v. ) | CIVIL ACTION |
| BABCOCK POWER, INC., ) | NO. 04-10825 (RWZ) |
| Defendant. ) |  |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BABCOCK POWER, INC.

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Babcock Power, Inc., by its undersigned counsel, states as follows:

Parent Corporations: Hudson Power Ventures I, LLC and Hudson Power Ventures II, LLC

Publicly-Held Companies Owning More Than 10% of Babcock Power, Inc.: None.

Respectfully submitted,

BABCOCK POWER, INC.

By its attorneys,

_____
Steven J. Comen (BBO # 093320)
James O. Fleckner (BBO #641494)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: May 26, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copies of this document was served upon the attorney of record for plaintiff, Kenneth M. Bello, c/o Bello Black LLP, 535 Boylston Street, Boston MA 02116, by hand, on May __, 2004.

_____
James O. Fleckner

LIBA/1382233.1