UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BABCOCK BORSIG POWER GmbH, )
)
Plaintiff, )
)
v. ) CIVIL ACTION
) NO. 04-10825 (RWZ)
BABCOCK POWER, INC., )
)
Defendant. )

## DEFENDANT BABCOCK POWER, INC.'S
## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendant Babcock Power, Inc. ("Babcock Power") hereby moves for leave to file a reply to Plaintiff Babcock Borsig Power GmbH's ("BBP") opposition to Babcock Power's motion to dismiss the complaint, which is attached hereto. As grounds therefore, Babcock Power states as follows:

1. BBP's opposition raises new legal arguments to which Babcock Power seeks to respond.

2. Babcock Power suggests that a short reply will aid the Court in consideration of its motion to dismiss the complaint.

3. Counsel for BBP do not oppose Babcock Power's request to file a reply memorandum.

WHEREFORE, Babcock Power respectfully requests that this Court grant its Motion for Leave to File Reply Brief.

Respectfully submitted,

BABCOCK POWER, INC.
By its attorneys,

*/s/ Steven J. Comen*
Steven J. Comen (BBO# 093320)
James O. Fleckner (BBO# 641494)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
617-570-1000

DATED: June 18, 2004

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, on June 18, 2004, I conferred with plaintiff's counsel, who consented to the relief requested herein.

*/s/ James O. Fleckner*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served upon the attorney of record for plaintiff, Kenneth M. Bello, c/o Bello Black LLP, 535 Boylston Street, Boston MA 02116, by hand, on June 18, 2004.

*/s/ James O. Fleckner*

LIBA/1388060.1