AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 OCT -4 A 11: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

PLAINTIFF
BABCOCK BORSIG POWER GmbH

V. DEFENDANT AND THIRD PARTY PLAINTIFF
BABCOCK POWER, INC.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 04-10825-RWZ

V. THIRD PARTY DEFENDANT
BABCOCK BORSIG, AG

To: Name and address of Third Party Defendant

Babcock Borsig AG
375 Duisburger Street
Oberhausen, Germany

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Kenneth M. Bello<br>BELLO BLACK LLP<br>535 Boylston Street<br>Suite 1102<br>Boston, MA 02116 | Steven J. Comen<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 |

an answer to the third-party complaint which is served on you with this summons, within __20__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

September 15, 2004

CLERK                                              DATE

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                Signature of Server

                          _____
                          Address of Server

ACKNOWLEDGEMENT OF SERVICE

Received this [1st]th day of October ~~September~~, 2004.

(*) _JMBlack_ (Josiah M. Black, BBO # 632690)
Authorized Agent for Service of Process

(*) without assenting to the exercise of personal jurisdiction over Babcock Borsig AG, per letter agreement dated 8/31/04. JMB

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.