UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BABCOCK BORSIG POWER GmbH, | ) |
| Plaintiff, | ) |
| v. | ) |
| BABCOCK POWER, INC., | ) |
| Defendant, | ) |
| BABCOCK POWER, INC., | ) CIVIL ACTION |
| | ) NO. 04-10825 (RWZ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| BABCOCK BORSIG, AG, | ) |
| Third-Party Defendant. | ) |

**CERTIFICATION**
**OF COUNSEL PURSUANT TO LOCAL RULE 7.1 (A) (2)**

I, John F. Welsh, Esq., Counsel for Plaintiff Babcock Borsig Power GmbH, hereby certifies that I have conferred with counsel for Defendant Babcock Power, Inc. pursuant to the provisions of Local Rule 7.1 (A)(2) for the purpose to narrow or resolve the issues pertaining to Plaintiff's Motion for Partial Summary Judgment on Promissory Note.

Respectfully submitted,

John F. Welsh
Bello Black & Welsh, LLP
535 Boylston Street
Boston, MA 02116
Main (617) 247-4100
Fax   (617) 247-4125
Attorney for Babcock Borsig Power GmbH