# EXHIBIT 7

**Exhibit B**

**Updated Schedule 3.06**

Combined Power Group
Due to/from Other Babcock Companies
As of October 31, 2002
($ Thousands)

Hudson Investment Group, Inc
Heads of Agreement
Agreed Terms on September 26, 2002
November 25, 2002

Schedule 3.06

| Other Babcock Companies | BBPI | Vogt-NEM (a) | TEI | BBCC | Total | Assign to BBP GmbH | Net Payment due to BBP Environment | Forgive at of Closing | Offset a Against VN/NEM | Pay to Narn by | BBMI/TLT Note (b) | BBP BBX Release (c) | Pay Under Normal Terms | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 90,116 | 90,116 | 90,116 | | | | | | | | 90,116 |
| ...orsig AG | | | | 1,010 | 1,010 | 1,010 | | | | | | | | 1,010 |
| ...c Services | 46 | | | | 46 | | 46 | | | | | | | 46 |
| ...pment | 25 | | | | 25 | 25 | | | | | | | | 25 |
| ...panies, Inc. | 956 | | | | 956 | 956 | | | | | | | | 956 |
| ...orsig Power Energy GmbH | 4,500 | | | | 4,500 | 4,500 | | | | | | | | 4,500 |
| ...orsig Power GmbH | 4 | | | | 4 | 4 | | | | | | | | 4 |
| ...Wroclaw Sp.z o.o. | 7 | | | | 7 | | | | | | | | 7 (d) | 7 |
| ...ck, Inc. | 8 | | | | 8 | 8 | | | | | | | | 8 |
| ...Prozessautomation GmbH | 19 | | | | 19 | 19 | | | | | | | | 19 |
| ...orsig Power Environment GmbH | 5,806 | | | | 5,806 | 4,706 | | | | | 1,100 | | | 5,806 |
| ...orsig Machinery, Inc. | | | 72 | | 72 | | | 72 | | | | | | 72 |
| - | | | | 90 | 90 | | | | | | | | 90 (d) | 90 |
| | | | | | - | | | | | | | | | - |
| ...s Pipe Rehab | | | | 8 | 8 | | | | | | | | 8 (d) | 8 |
| ...Textile Machinery, Inc. | | | 17 | | 17 | | | | | | | | 17 (d) | 17 |
| ..., Inc. | | | 186 | | 186 | | | 186 | | | | | | 186 |
| ...ant Service GmbH | | | 43 | | 43 | | | 43 | | | | | | 43 |
| ...Engineering International Limited | | | 322 | | 322 | | | 322 | | | | | | 322 |
| ...structors, Inc. | | | 112 | | 112 | | | 112 | | | | | | 112 |
| ...Engineering International Limited | 3 | | 383 | 191 | 577 | | | | | | | | 577 (e) | 577 |
| ...p | | 4,484 | | | 4,484 | 1,446 | | | 3,038 | | | | | 4,484 |
| | 11,464 | 4,484 | 1,135 | 91,415 | 108,498 | | | | | | | | | |
| **Other Babcock Companies** | | | | | | | | | | | | | | |
| ...ro: therf | 4,956 | | | | 4,956 | | (1,950) | (2,986) | | | | | | (4,956) |
| ...Borsig Power GmbH | 272 | | | | 272 | | | (272) | | | | | | (272) |
| ...ock, Inc. | 3,184 | | | | 3,184 | | | | | | | | (3,184) | (3,184) |
| ...Textile Machinery, Inc. | 98 | | | | 98 | | | | | | | (98) | | (98) |
| ...ervices GmbH | 64 | | | | 64 | | | | | | | (64) | | (64) |
| ...Steinmüller Wroclaw Sp. Z o.o | 28 | | | | 28 | | | | | | | (28) | | (28) |
| ...Prozessautomation GmbH | 73 | | | | 73 | | | | | | | (73) | | (73) |
| ...Borsig Power Environment GmbH | 140 | | | | 140 | | | | | | | (140) | | (140) |
| ...ant Service GmbH | 93 | | 10 | | 103 | | | (103) | | | | | | (103) |
| ...Borsig Machinery, Inc. | 65 | | | | 65 | | | (65) | | | | | | (65) |
| | | 3,038 | | 45,144 | 48,182 | (43,765) | | | (3,038) | (1,379) | | | | (48,182) |
| ...rgy Services a.v. | | 87 | | | 87 | | | | | | | | (87) | (87) |
| ...wers Systems | 3,897 | 826 | | | 4,723 | | | (1,379) | | | | | (3,344) | (4,723) |
| ...ant Service GmbH | | | 812 | | 812 | | | (812) | | | | | | (812) |
| | 12,870 | 3,951 | 822 | 45,144 | 62,767 | 59,115 | (1,912) | (4,894) | - | (1,379) | 1,100 | (403) | (5,896) | |

(a) Vogt-Nem amounts are as of November 11, 2002.

(b) Note due from TLT/BBMI to BBPI. Subject to subordination from BBP GmbH and BBX and right of offset by BBPI. Also Subject to the setoff provisions of 6.06

(c) Hudson to receive release from BBX/BBP GmbH; however there will be no guarantees by either of these entities

(d) Subject to offset provision of 6.06

(e) Subject to offset provisions of 6.06 after deducting out 272 payable forgiven by BBP Power GmbH.

11/27/02