# EXHIBIT C

# GOODWIN | PROCTER

Steven J. Comen
617.570.1660
scomen@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

September 9, 2005

**By Facsimile and Mail**

Kenneth M. Bello, Esq.
Bello Black & Welsh LLP
535 Boylston Street
Suite 1102
Boston, MA 02116

Re:   **Babcock Borsig Power GmbH v. Babcock Power, Inc. and Babcock Power, Inc. v. Babcock Borsig, AG**
      **U.S. District Court Civil Action No.: 04-10825 (RWZ)**

Dear Ken:

It is five o'clock on a Friday afternoon, and I just received your fax. I was rushing out the door to meet my wife and do not have time to respond completely to your fax. However, I must note two points that are glaring examples of the reasons we have had such difficulty communicating with you and John.

First, you state that you "have made clear in prior communications" that you intend to proceed first with your 30(b)(6) deposition. Surely, you know that you have gone back and forth a number of times about whether or not you wanted to proceed first with a 30(b)(6) deposition or if you wanted to skip that altogether.

Second, you and/or John were emphatic that your client insisted on being present for Mr. Hevrony's deposition and that was the reason why you wanted to take Mr. Hevrony's deposition during the third week in September rather than last month when we said that Mr. Hevrony would be available. You told us then that Dr. Kraenzlin could not be here then but would be here during the third week in September. Now that we want to take his deposition when he is here, apparently he is not available and has no intentions of being here for Mr. Hevrony's deposition. Perhaps, the only way we can proceed is to have the judge, the magistrate or a discovery master manage this process. It is truly unfortunate that this appears to be necessary.

GOODWIN | PROCTER

Kenneth M. Bello
September 9, 2005
Page 2

I hope that you will reflect on this letter, communicate with John and send a more appropriate communication on Monday morning.

Very truly yours,

Steven J. Comen

SJC:jjp
cc: John F. Welsh, Esq.

LIBA/1583248.1