# EXHIBIT I

**GOODWIN | PROCTER**

Steven J. Comen
617.570.1660
scomen@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

December 13, 2005

**By Fax (617) 247-4125**

Kenneth M. Bello, Esq.
Bello Black & Welsh LLP
535 Boylston Street, Suite 1102
Boston, MA 02116

Dear Ken:

I just received your fax. Please write to me explicitly answering whether or not you agree to the appointment of a discovery master now.

Very truly yours,

*Steve*

Steven J. Comen

SJC:drd

LIBA/1655709.1

# EXHIBIT J



**Bello Black & Welsh** LLP
ATTORNEYS & COUNSELORS

535 Boylston Street
Suite 1102
Boston, Massachusetts 02116
Main 617 247 4100
Fax 617 247 4125
www.belloblack.com

*Kenneth M. Bello*
*Direct 617-247-4122*
*kbello@belloblack.com*

December 13, 2005

**By Facsimile (617) 523-1231 and Regular Mail**

Steven J. Comen, Esq.
Goodwin Proctor, LLP
Exchange Place
Boston, MA 02109

Re: Babcock Borsig Power GmbH v. Babcock Power, Inc. and
Babcock Power, Inc. v. Babcock Borsig, AG
U.S. District Court Civil Action No.: 04-10825 (RWZ)

Dear Steve:

Let us be clear. In our letter dated December 5, 2005, we proposed appointment of a discovery master to "handle all outstanding paper discovery issues and, if necessary, other disputes as well." To that end, we agree that a Discovery Master should be agreed to and appointed as soon as possible. Please identify individuals that you would propose to serve in this role.

In the meantime, there is absolutely no need to delay depositions, nor are we willing to do so. To the extent that there develop issues relating to the scope of depositions, issues of privilege, etc. that a Discovery Master may have to address, that can be done when and if necessary. Again, we intend to proceed forward with depositions scheduled for December 19th and 20th. In that regard, please note that we re-scheduled the dates of these depositions in order to accommodate your schedule based on your representation that you "must be in Houston" on December 13 and 14. We note that the letter just received today suggests that you are in the office. Please advise if that is nor correct.

Also, we again would ask that you respond to the various inquiries previously made to you by this office, most notably those set forth in John Welsh's letter of December 5, 2005.

Very truly yours,

Kenneth M. Bello

cc: John F. Welsh, Esquire
    James Fleckner, Esquire
0311392.doc

*labor  |  employment  |  litigation  |  resolution*

# EXHIBIT K

# GOODWIN | PROCTER

Steven J. Comen
617.570.1660
scomen@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

December 13, 2005

**By Fax (617) 247-4125**

Kenneth M. Bello, Esq.
Bello Black & Welsh LLP
535 Boylston Street, Suite 1102
Boston, MA 02116

Dear Ken:

Let me be clear. We need a Discovery Master and need one as soon as possible as is readily evident from even the most cursory review of the communications you have had with us during the pendency of this matter.

I suggest that we stipulate to any one of the following:

    Judge Steadman or James McGuire of JAMS

    Owen Todd

    Joseph Steinfeld

My arbitration scheduled for this week and another week in January was settled at the last moment so I am free to meet with whoever we select as the Discovery Master whenever he and you are available.

Please, let's select someone and meet with him this week rather than continuing to write letters to each other.

Very truly yours,

*[signature]*

Steven J. Comen
SJC:drd

cc:    John F. Welsh, Esq.

LIBA/1655954.1

# EXHIBIT L

Case 1:04-cv-10825-RWZ   Document 33-4   Filed 12/15/2005   Page 7 of 8



| | |
|---|---|
| Bello Black & Welsh LLP<br>ATTORNEYS & COUNSELORS | 535 Boylston Street<br>Suite 1102<br>Boston, Massachusetts 02116<br>Main 617 247 4100<br>Fax 617 247 4125<br>www.belloblack.com |

Kenneth M. Bello
Direct 617-247-4122
kbello@belloblack.com

December 13, 2005

**By Facsimile (617) 523-1231 and Regular Mail**

Steven J. Comen, Esq.
Goodwin Proctor, LLP
Exchange Place
Boston, MA 02109

Re: **Babcock Borsig Power GmbH v. Babcock Power, Inc. and
Babcock Power, Inc. v. Babcock Borsig, AG
U.S. District Court Civil Action No.: 04-10825 (RWZ)**

Dear Steve:

We are prepared to promptly consider and pick a Discovery Master. John and I will review your suggestions and get back to you with any others. We do not expect that we will be able to both pick and meet with a Discovery Master (which presumably needs to be presented to Judge Zobel) by the end of this week. We do intend to proceed forward with the depositions on the 19th and 20th. We expect you to present these witnesses as scheduled.

Regarding the method of communication, please recall that it was you who insisted that all communications be in writing. John and I are prepared to engage in a direct dialogue and/or meet with you to address other discovery issues.

Very truly yours,

Kenneth M. Bello

cc: John F. Welsh, Esquire
    James Fleckner, Esquire
0311397.doc

*labor | employment | litigation | resolution*