UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BABCOCK BORSIG POWER GmbH, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BABCOCK POWER, INC., )<br>    Defendant and Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>BABCOCK BORSIG, AG )<br>    Third-Party Defendant. )<br>) | C.A. No. 04 CV 10825-RWZ |

**NOTICE OF APPEARANCE**

Please take note that the undersigned, Kevin R. Powers, hereby enter his appearance as counsel to the Plaintiff, Babcock Borsig Power GmbH, in the above-captioned matter.

Respectfully submitted,

/s/ Kevin R. Powers_____
Kevin R. Powers BBO# 644635
Bello, Black &Welsh LLP
535 Boylston Street, Suite 1102
Boston, MA  02116
(617) 247-4100

Dated:  January 4, 2006

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 4, 2006.