UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BABCOCK BORSIG POWER GmbH,<br>    Plaintiff,<br><br>v.<br><br>BABCOCK POWER, INC.,<br>    Defendant and Third-Party Plaintiff,<br><br>v.<br><br>BABCOCK BORSIG, AG,<br>    Third-Party Defendant. | Civil Action No.: 04 CV 10825-RWZ |

## PLAINTIFF BABCOCK BORSIG POWER GmbH's MOTION TO COMPEL TESTIMONY BY RULE 30(b)(6) WITNESS

Plaintiff Babcock Borsig Power GmbH ("Babcock GmbH") moves for an Order (proposed form included with this Motion) compelling Defendant Babcock Power, Inc. ("BPI"): (i) to produce for deposition a Rule 30(b)(6) witness that complies with the Federal Rules of Civil Procedure; and (ii) to require the witness to testify fully as to matters within the scope of the designated topics. As to the latter, Babcock GmbH specifically seeks a ruling that BPI, through its corporate witness, has improperly refused to answer questions based on a purported, false assertion of attorney-client privilege.

In support of this Motion, Babcock GmbH submits a Memorandum of Law and Exhibits, the Affidavit of Attorney John Welsh and a Proposed Order are submitted with this Motion.

Respectfully submitted,

BABCOCK BORSIG POWER GmbH

By its Attorneys,

_____
Kenneth M. Bello, BBO # 036630
John F. Welsh, BBO #522640
Kevin R. Powers, BBO # 644635
BELLO BLACK & WELSH, LLP
535 Boylston Street, Suite 1102
Boston, MA 02116
(617) 247-4100

Dated: January 6, 2006